# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LEDIC MANAGEMENT GROUP, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) **CASE NO. 2:19-CV-529-WKW-SMD** |
| **AHA-COLONIAL VILLAGE, LLC,** | ) ) ) ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, and pursuant to Rule 41(a)(1)(A)(i) hereby stipulates to the dismissal of this matter without prejudice.

                                                 *s/ J. Evans Bailey*
                                                 J. EVANS BAILEY (BAI062)
                                                 Attorney for Plaintiff

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101
(334) 206-3114 Telephone
(334) 481-0848 Facsimile
ebailey@rushtonstakely.com

*s/ J. Evans Bailey*
Of Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the AlaFile electronic filing system and have also served a copy on the following by e-filing or mailing the same by United States mail properly addressed and first-class postage prepaid:

Benjamin B. Coutler
Gregory F. Harley
Burr & Forman, LLP
171 17th Street, NW, Suite 1100
Atlanta, Georgia 30363