IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEDIC MANAGEMENT GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CASE NO. 2:19-CV-529-WKW ) |
| AHA-COLONIAL VILLAGE, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's stipulation of dismissal (Doc. # 8), construed as a *notice* of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action has been dismissed without prejudice by operation of Rule 41.

It is further ORDERED that the parties' consent motion for extension of time for Defendant to respond to the complaint (Doc. # 7) is DENIED AS MOOT.

The Clerk of the Court is DIRECTED to close this case.

DONE this 14th day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE